No. 03–9897.  BOWIE v. JORDAN, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 03–9898.  ALVE v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 03–9901.  MCCALL v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 03–9903.  MUNN v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 03–9904.  MANNING v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 03–9905.  LAGARDE v. MILLER, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 03–9907.  O'HARE v. RUNNELS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–9908.  BUTLER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 03–9909.  WILSON v. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–9917.  CARTER v. LOWNDES COUNTY, MISSISSIPPI, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–9925.  YBARRA ·VILLAGRANA v. SCRIBNER, WARDEN. C. A. 9th Cir.  Certiorari denied.

No. 03–9927.  JOHNSON v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 03–9928.  BREWER v. SMITH, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 03–9932.  KING v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.